The People of the State of New York ex rel. Francis Baptiste, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— The relator was charged with some misbehavior in reporting that Patrolman Monaghan was fit for duty and that he found no evidence of intoxication. Later Monaghan was tried upon a charge of such intoxication and found not guilty. The present relator was tried for such false report and found guilty, although the determination as to Monaghan was received in evidence. The decision is such as to require no comment. Determination annulled and writ sustained, with fifty dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Lillian Schutrick, Respondent, v. Alexander Douglas, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

United States Drainage and Irrigation Company, Respondent, v. Edwin J. Lucas, Appellant. (Appeal No. 1.) — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

United States Drainage and Irrigation Company, Respondent, v. Edwin J. Lucas, Appellant. (Appeal No. 2.) — Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

Samuel T. Williams and Arthur H. White, Respondents, v. Peter Keeler Building Company and New England Casualty Company, Appellants.— Judgment affirmed, with costs, and defendants may have stay of execution of ten days after the order is entered herein. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Joseph P. Carney, Appellant, v. Penn Realty Company, Respondent. —Motion granted, appellant within thirty days to have prepared one authenticated typewritten copy of the appeal papers for the court, to be paged and folioed, and one copy thereof to be served on the respondent. Present — Thomas, Carr, Stapleton and Putnam, JJ.

John F. Conway, Respondent, v. The Farish-Stafford Company, Appellant.— Order of reversal, dated July 30, 1915, resettled so as to show why the findings of fact were not passed upon or reviewed on the appeal, and resettled order signed and entered; otherwise, defendant's motion denied, without costs. Opinion per curiam. (Reported 171 App. Div. 669.) Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

John Hofacker, Respondent, v. Astoria Veneer Mills and Dock Company, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

John Hofacker, Respondent, v. Astoria Veneer Mills and Dock Company, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Richard A. Bachia and Another, etc., Respondents, v. C. Milton Rogers, Appellant.— Judgment reversed and new trial granted, costs to abide the